UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA D. DESKINS,<br><br>       Plaintiff,<br><br>   vs.<br><br>LAURIE STRONG, et al.,<br><br>       Defendants. | NO.  CV-10-321-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

   Magistrate Judge Hutton filed a Report and Recommendation on November 30, 2010, recommending Ms. Deskin's action be dismissed without prejudice because she failed to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.  Ms. Deskin has also failed to keep the court apprised of her current address.  Documents sent to Ms. Deskin at the Stevens County Jail have been returned with the notation, "Return to Sender - No Longer in Custody" (Ct. Recs. 5 & 7).  There being no objections, the court **ADOPTS** the Report and Recommendation.  This action is **DISMISSED WITHOUT PREJUDICE.**

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file.

   **DATED** this    28th   day of December, 2010.

                                    *s/Lonny R. Suko*
                                    _____
                                    LONNY R. SUKO
                                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER -- 1