AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PAMELA D. DESKINS,

                              Plaintiff,

                            JUDGMENT IN A CIVIL CASE

              v.

LAURIE STRONG, et al,

                            CASE NUMBER: CV-10-0321-JPH

                            Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| December 28, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pam Howard |
| | *(By) Deputy Clerk* |
| | Pam Howard |